IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 JUL 22  PM 3: 26

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR 268 |
| | ) | |
| vs. | ) | INDICTMENT |
| | ) | 18 U.S.C. § 500 |
| MICHAEL J. HINDERA, | ) | 18 U.S.C. § 1708 |
| | ) | |
| Defendant. | ) | |

The Grand Jury Charges that:

## COUNT I

On or about August 27, 2007, in the District of Nebraska, the defendant, MICHAEL J.

HINDERA, with intent to defraud, did pass and utter to Bank of the West, as true and genuine, a

forged and altered money order provided and issued by and under the direction of the Postal

Service and payable in the United States, Postal Money Order Number 11561444008, the

defendant, MICHAEL J. HINDERA, then well knowing the said Postal Money Order to be

forged and altered, in that the said money order contained the forged and altered name of payee

as MICHAEL J. HINDERA, when in fact and truth MICHAEL J. HINDERA knew that he was

not the legitimate payee for the Postal Money Order.

In violation of Title 18, United States Code, Section 500.

## COUNT II

On or about January 14, 2008, in the District of Nebraska, the defendant, MICHAEL J.

HINDERA, with intent to defraud, did pass and utter to Bank of the West, as true and genuine, a

forged and altered money order provided and issued by and under the direction of the Postal

Service and payable in the United States, Postal Money Order Number 8242578955, the defendant, MICHAEL J. HINDERA, then well knowing the said Postal Money Order to be forged and altered, in that the said money order contained the forged and altered name of payee as MICHAEL J. HINDERA, when in fact and truth MICHAEL J. HINDERA knew that he was not the legitimate payee for the Postal Money Order.

In violation of Title 18, United States Code, Section 500.

## COUNT III

On or about February 1, 2008, in the District of Nebraska, the defendant, MICHAEL J. HINDERA, with intent to defraud, did pass and utter to Bank of the West, as true and genuine, a forged and altered money order provided and issued by and under the direction of the Postal Service and payable in the United States, Postal Money Order Number 11745693810, the defendant, MICHAEL J. HINDERA, then well knowing the said Postal Money Order to be forged and altered, in that the said money order contained the forged and altered name of payee as MICHAEL J. HINDERA, when in fact and truth MICHAEL J. HINDERA knew that he was not the legitimate payee for the Postal Money Order.

In violation of Title 18, United States Code, Section 500.

## COUNT IV

From on or about August 21, 2007, to on or about May 6, 2008, in the District of Nebraska, the defendant, MICHAEL J. HINDERA, did steal and take from and out of an authorized depository for mail matter located at 850 S Street, Lincoln, Nebraska, Letters and other mail containing Money Orders, addressed to the Bureau of Citizenship and Immigration Services, at P.O. Box 87130, Lincoln Nebraska, 68501.

8:09cr268

In violation of Title 18, United States Code, Section 1708.

A TRUE BILL:

FOREPERSON

JOE W. STECHER
United States Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
09 JUL 22  PM 3:26
OFFICE OF THE CLERK

    The United States of America requests that trial of this case be held at Omaha, Nebraska,
pursuant to the rules of this Court.

STEVEN A. RUSSELL
Assistant United States Attorney

3